United States District Court
Eastern District of Michigan

**Tara Grays**,

    Plaintiff,

v.

**Alejandro N. Mayorkas**,
Secretary of the Department
of Homeland Security,

    Defendant.

Civil No. 24-cv-10327

Honorable Shalina D. Kumar
Mag. Judge Kimberly G. Altman

---

**STIPULATED ORDER FOR CHANGE OF VENUE**

---

By stipulation of the parties, through their counsel, the appropriate venue for this case is the United States District Court for the District of Columbia because it is the principal office of the Defendant. 42 U.S.C. § 2000e-5(f)(3).

In the interests of justice, the case is hereby transferred to the United States District Court for the District of Columbia. *See* 28 U.S.C. § 1406(a).

After the case is docketed in the United States District Court for the District of Columbia, Defendant will have 90 days to file a responsive pleading.

SO ORDERED.

Date: June 14, 2024

                                                  s/Shalina D. Kumar
                                                Shalina D. Kumar
                                                United States District Judge

SO STIPULATED AND AGREED:

| | |
|---|---|
| **The Sanders Law Firm, P.C.** | **Dawn N. Ison** <br> United States Attorney |
| */s/ Herbert A. Sanders (w/ permission)* <br> **Herbert A. Sanders (P43031)** <br> 4031 Santa Clara Street <br> Detroit, MI 48221 <br> (313) 962-0099 <br> herbert@sandersforjustice.com | */s/ Christopher J. Doyle* <br> **Christopher J. Doyle** (P79376) <br> Assistant United States Attorney <br> 211 W. Fort Street, Suite 2001 <br> Detroit, Michigan 48226 <br> (313) 226-9595 <br> christopher.doyle@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated:  June 11, 2024 | Dated: June 11, 2024 |